LAW OFFICES OF JOSEPH SHEMARIA
JOSEPH SHEMARIA, Esq., State Bar No. 47311
10100 Santa Monica Boulevard, Suite 800
Los Angeles, California 90067

Telephone: (310) 772-2211

Attorneys for Defendant,
PETER KRUPA

FILED

2005 MAY 25 P 1:50

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
    DEPUTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | CASE NO. CR.04-5141 AWI |
| )             Plaintiff,          ) | |
| )                                 ) | STIPULATION FOR ORDER TO |
| )       vs.                       ) | MODIFY PRE-TRIAL CONDITIONS |
| )                                 ) | OF RELEASE |
| PETER KRUPA,                      ) | |
| )             Defendant.          ) | |

TO THE HONORABLE ANTHONY W. ISHII, UNITED STATES DISTRICT JUDGE:

THE PARTIES BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AND REQUEST THE COURT to issue an order to modify the original Order setting his conditions of pretrial release.

1. Specifically, Defendant urges this Court to allow a modification of the original Order so as to allow his custodial Aunt, Patricia Fairclough, residing at 1235 Reynold Avenue, Taylor, Pennsylvania 18517 to reconnect her computer and Internet service. Further, said

computer will be inaccessible to Defendant as the computer will be located in Ms. Fairclough's locked bedroom, to which Defendant will not have a key, and the computer will further be protected by a password, to which Defendant will not have access or knowledge.

2. The defendant shall allow the pretrial services officer to install monitoring software on any computers to which he has access, or which is located where he resides, including these controlled by third persons, as approved by the court and the defendant shall not remove, tamper with or in any way circumvent the software, or cause anyone else to do so.

3. It is further stipulated that the United States Probation Department, as well as the Pre-trial services shall have the right to make random, unannounced, and unscheduled visits to the residence where the Defendant is residing and shall be allowed entry to monitor the conditions as required under the modified order for pre-trial release.

//
//
//
//
//
//
//
//

1  //

2  IT IS HEREBY SO STIPULATED:

3                                              LAW OFFICES OF JOSEPH SHEMARIA

5  DATED:   May 6, 2005         By: _____
                                     JOSEPH SHEMARIA
6                                    Attorney for Defendant
                                     PETER KRUPA

7  DATED:   May 6, 2005         _____
8                                    PETER KRUPA
                                     Defendant

10 DATED:   May 6, 2005         By: _____
                                     JONATHAN B. CONKLIN
11                                   Assistant United States Attorney
                                     Attorney for Plaintiff
12                                   UNITED STATES OF AMERICA

STIPULATION FOR ORDER                                3
TO MODIFY PRE-TRIAL CONDITIONS FOR RELEASE

GOOD CAUSE APPEARING THEREFOR: IT IS HEREBY ORDERED

The original Order setting forth the conditions of Defendant's pre-trial release are hereby modified as follow:

1. Defendant Krupa's custodial Aunt Patricia Fairclough residing at 1235 Reynold Avenue, Taylor, Pennsylvania 18517, where Defendant is residing will be allowed to reconnect her computer and internet service provider in said bedroom and is to remain locked and protected by a password at all times when not occupied by Patrica and/or Robert Fairclough; and

2. The defendant shall allow the pretrial services officer to install monitoring software on any computers to which he has access, or which is located where he resides, including these controlled by third persons, as approved by the court and the defendant shall not remove, tamper with or in any way circumvent the software, or cause anyone else to do so..

3. It is further stipulated that the United States Probation Department, as well as the Pre-trial services shall have the right to make random, unannounced, and unscheduled visits to the residence where the Defendant is residing and shall be allowed entry to monitor the

//
//
//
//

STIPULATION FOR ORDER                                    4
TO MODIFY PRE-TRIAL CONDITIONS FOR RELEASE

conditions as required under the modified order for pre-trial release.

IT IS SO ORDERED:

25-4 day of May, 2005.

_____
HONORABLE ANTHONY W. ISHII
UNITED STATES DISTRICT JUDGE

STIPULATION FOR ORDER                                    5
TO MODIFY PRE-TRIAL CONDITIONS FOR RELEASE

**PROOF OF SERVICE**

STATE OF CALIFORNIA  )
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 10100 Santa Monica Boulevard, 8th Floor, Los Angeles, California 90067.

On May 6, 2005, I served the foregoing document described as **STIPULATION FOR ORDER TO MODIFY PRE-TRIAL CONDITIONS OF RELEASE** on the following interested parties in this action.

JONATHAN B. CONKLIN, ESQ.
Assistant United States Attorney
Eastern District of California
Federal Building Room 3654
United States Courthouse
1130 O Street
Fresno, California 93721

KIM DALTON
Supervisor Pre-Trial Officers
Eastern District of California
Federal Building Room 3654
1130 O Street, Room 3454
Fresno, Ca 93721

/_X_/ (VIA FACSIMILE)  I transmitted the above documents via facsimile to the aforereferenced party(s) at the above-listed number(s).

/_X_/ (BY MAIL) I deposited such envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California.

/___/ (BY PERSONAL SERVICE) I delivered such envelope by hand at to the addressees listed above.

EXECUTED on May 6, 2005, at Los Angeles, California.

/___/ (State) I declare under penalty of perjury that the foregoing is true and correct.

/_X_/   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Melinda Bravo

STIPULATION FOR ORDER                          6
TO MODIFY PRE-TRIAL CONDITIONS FOR RELEASE