FILED

2005 JUN -7 P 4: 00

CLERK, US DIST. COURT
EASTERN DIST OF CALIF
BY_____
    DEPUTY

LAW OFFICES OF JOSEPH SHEMARIA
JOSEPH SHEMARIA, Esq., State Bar No. 47311
10100 Santa Monica Boulevard, Suite 800
Los Angeles, California 90067

Telephone: (310) 772-2211

Attorney for Defendant,
PETER JOHN KRUPA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR. 04-5141 AWI |
| Plaintiff, | |
| vs. | SUBSTITUTION OF ATTORNEY |
| PETER JOHN KRUPA, | |
| Defendant. | |

TO THE CLERK OF THE ABOVE CAPTIONED COURT:

Counsel for Defendant PETER JOHN KRUPA, Michael Cernyar, Esq. by and on behalf of Defendant, PETER JOHN KRUPA, hereby substitutes Joseph Shemaria, Esq., 10100 Santa Monica Boulevard, Suite 2080, Los Angeles, California 90067, tel.

///
///
///
///
///
///

(310) 772-2211, as Defendant's new counsel of record.

DATED: June 3, 2005

By: _____
MICHAEL CERNYAR
Attorney for Defendant
PETER JOHN KRUPA

I REQUEST THE COURT TO ACCEPT THE ABOVE SUBSTITUTION.

DATED: May 24, 2004      _____
                         PETER JOHN KRUPA

SAID SUBSTITUTION IS HEREBY ACCEPTED:

DATED: May 24, 2004      _____
                         JOSEPH SHEMARIA, ESQ

IT IS SO ORDERED:

7 day of June, 2005.

_____
HONORABLE ANTHONY W. ISHII
UNITED STATES DISTRICT JUDGE

USA v. Peter Krupa
Substitution of Attorney
Case No. CR 04-5141

## PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 10100 Santa Monica Boulevard, Suite 2080, Los Angeles, California 90067.

On June 3, 2005, I served the foregoing document described as **SUBSTITUTION OF ATTORNEY** on the following interested parties in this action.

**(see attached Service List)**

/____/ (VIA FACSIMILE) I transmitted the above documents via facsimile to the aforereferenced party(s) at the above-listed number(s).

/ X  / (BY MAIL) (OVERNIGHT DELIVERY) I deposited such envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California.

/____/ (BY PERSONAL SERVICE) I delivered such envelope by hand at to the addressees listed above.

EXECUTED on June 3, 2005, at Los Angeles, California.

/ X  / (State) I declare under penalty of perjury that the foregoing is true and correct.

/____/ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Melinda C. Bravo

USA v. Peter Xiapa

**Service List**

Jonathan B. Conklin, Esq.
Assistant United States Attorney
Eastern District of California
Federal Building Room 3654
United States Courthouse
1130 O Street
Fresno, California 93721

Michael Cernyar, Esq.
2049 Century Park E Ste 2670
Los Angeles, CA 90067-3201

Joseph Shemaria, Esq.
Law Offices of Joseph Shemaria
10100 Santa Monica Boulevard, Suite 2080
Los Angeles, CA 90067

USA v. Peter Krupa
Substitution of Attorney
Case No. CR 04-5141