```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  JONATHAN B. CONKLIN
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone: (559) 498-7272
 5
 6             IN THE UNITED STATES DISTRICT COURT FOR THE
 7                    EASTERN DISTRICT OF CALIFORNIA
 8
 9  UNITED STATES OF AMERICA,    )   CR. F. NO. 04-5141 AWI
                                 )
10               Plaintiff,      )
                                 )   STIPULATION TO CONTINUE
11       v.                      )   HEARING AND ORDER
                                 )
12                               )
                                 )
13  PETER KRUPA,                 )
                                 )
14                               )
                 Defendant.      )
15  _____ )
16
17       It is hereby stipulated by and between the parties that the

18  hearing set for July 11, 2005, shall be continued to September

19  19, 2005, to allow for additional investigation related to trial

20  preparation, as well as due to the unavailability of counsel.

21  The continuance is also necessitated by the recent appointment

22  (June 6, 2005) of defense counsel to this case.
23  //
24  //
25  //
26  //
27  //
28
                                   1
```

1    It is further stipulated time shall be excluded pursuant to
2 18 U.S.C. 3161 to allow additional time to prepare for trial and
3 the filing of motions.

```
                                MCGREGOR W. SCOTT
                                United States Attorney


DATED: July 8, 2005             By /s/ Jonathan B. Conklin
                                JONATHAN B. CONKLIN
                                Assistant U.S. Attorney



DATED: July 8, 2005             By, /s/ Joseph Shermaria
                                JOSEPH SHERMARIA
                                Attorney for Defendant
```

IT is hereby ordered that the hearing currently set for July 11, 2005, shall be continued to September 19, 2005, to allow additional time for the filing of motions and trial preparation. IT is further ordered that time shall be excluded pursuant to 18 U.S.C. § 3161.

IT IS SO ORDERED.

**Dated:    July 25, 2005**                    **/s/ Anthony W. Ishii**
0m8i78                                          UNITED STATES DISTRICT JUDGE

2