**LAW OFFICES OF JOSEPH SHEMARIA**
**JOSEPH SHEMARIA, Esq., State Bar No. 47311**
**2029 Century Park East, Suite 1400**
**Los Angeles, California 90067**

**Telephone: (310) 772-2211**

**Attorney for Defendant,**
**PETER JOHN KRUPA**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,             ) | CASE NO. CR 04-5141 AWI |
| )                                     Plaintiff,             ) | |
| )                                     vs.             ) | STIPULATION TO CONTINUE MOTION HEARING AND STATUS CONFERENCE FROM DECEMBER 12, 2005 UNTIL JANUARY 23, 2006 |
| PETER JOHN KRUPA,             ) | |
| )                                     Defendant.             ) | |
| _____ ) | |

TO THE HONORABLE ANTHONY W. ISHII, UNITED STATES DISTRICT JUDGE:

 The parties, by and through their respective counsel of record, hereby stipulate and request the following:

 1. A Hearing on Defendant's Motion to Suppress and Status Conference is presently set for the above-captioned case for December 12, 2005, at 9:30 A.M.

 2. Counsel for Defendant PETER KRUPA needs to file a Supplemental Motion to include two arguments inadvertently omitted from the original motion. This Supplemental Motion will be filed on or before December 9, 2005.

 3. Counsel for Plaintiff will file a response to Defense

Counsel's Supplemental Motion on or before January 6, 2006.

4. The parties, through their respective counsel, respectfully request that the Court exclude the time from the date of the scheduled Motion Hearing and Status Conference, December 12, 2005, until the proposed new Hearing and Status Conference date, January 23, 2006.

5. Plaintiff and Defendant request the Court to find the requested time as excludable under Title 18, section 161(h)(8)(B)(iv) (Local Code T-4), et. seq., as necessary for further reasonable time to prepare and to further find that the ends of justice outweigh the best interests of the public and the Defendant in a speedy trial.

6. Accordingly, the parties hereby respectfully request the Court to continue the Hearing on the Motion to Suppress and Status Conference set for December 12, 2005 at 9:00 A.M. until January 23, 2006 at 9:00 A.M.

DATED: December 5, 2005.     LAW OFFICES OF JOSEPH SHEMARIA

                             By: _____/s/_____
                                 JOSEPH SHEMARIA
                                 Attorney for Defendant
                                 PETER J. KRUPA


DATED: December 5, 2005.         _____/s/_____
                                 JONATHAN B. CONKLIN
                                 Assistant United States Attorney
                                 Attorney for Plaintiff
                                 UNITED STATES OF AMERICA

2

**O  R  D  E  R**

IT IS SO ORDERED.

**Dated:      December 8, 2005**                              **/s/ Anthony W. Ishii**
0m8i78                                                     UNITED STATES DISTRICT JUDGE