McGREGOR W. SCOTT
United States Attorney
SHERRILL A. CARVALHO
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California  93721
Telephone:  (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. F-04-5141 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING MOTIONS HEARING |
| v. | ) | AND FILING OF MOTIONS |
| | ) | |
| PETER JOHN KRUPA, | ) | DATE: June 19, 2006 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | PLACE: Courtroom Three |
| _____ | ) | Honorable Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between defendant Peter John Krupa, and the United States of America, through undersigned counsel, that the date for filing of the defendant's motions be continued until February 21, 2006, by 4:00 p.m.; that the date for the filing of the government's response be continued until May 30, 2006, by 4:00 p.m.; that the date for the filing of the defendant's reply be continued until June 12, 2006, by 4:00 p.m.; and that the date for the hearing on the motions be continued until June 19, 2006, at 9:00 a.m.  The parties are requesting this revised motions schedule to allow the defense to file supplemental motions and to allow the government time to respond to the supplemental motions.

The parties further request that time be excluded to and through a decision on the motions, pursuant to Title 18, United States Code, Sections 3161(h)(1)(F).

DATED: January 18, 2006    McGREGOR W. SCOTT
                           United States Attorney

                    By    /s/ Sherrill A. Carvalho
                          SHERRILL A. CARVALHO
                          Assistant U.S. Attorney


DATED: January 18, 2006
                    By    /s/ Joseph Shemaria
                          JOSEPH SHEMARIA
                          Attorney for Defendant Peter Krupa

**ORDER**

The parties' stipulation and request to continue the motions hearing until June 19, 2006 at 9:00 a.m. is granted.  Further, the date for filing of the defendant's supplemental motions is continued until February 21, 2006, by 4:00 p.m.; the date for the filing of the government's response is continued until May 30, 2006, by 4:00 p.m.; and the date for the filing of the defendant's reply is continued until June 12, 2006, by 4:00 p.m.  Further, the delay resulting from the continuance shall be excluded to and through a decision on the motions, pursuant to  18 U.S.C. §§3161(h)(1)(F).

IT IS SO ORDERED.

**Dated:  January 20, 2006**              /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE