```
McGREGOR W. SCOTT
United States Attorney
SHERRILL A. CARVALHO
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:04-cr-05141 AWI |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | THEREON FOR CONTINUANCE |
| v. ) | |
| ) | |
| PETER JOHN KRUPA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

   IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Sherrill A. Carvalho, Assistant U.S. Attorney and Joseph Shemaria, attorney for defendant, Peter John Krupa, that the government's response to defendant's motions currently due in the above-captioned matter on or before May 30, 2006 by 4:00 p.m. be continued to June 27, 2006 by 4:00 p.m., that the defendant's reply, if any, currently due on June 12, 2006 by 4:00 p.m. be continued to July 10, 2006 by 4:00 p.m., and that the motions hearing currently scheduled for June 19, 2006, be continued to August 7, 2006 at 9:00 a.m.

   The continuance is at the request of both parties.

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation, plea negotiations, and the filing of motions, pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(iv).

Dated: May 23, 2006                Respectfully submitted,

                                   McGREGOR W. SCOTT
                                   United States Attorney

                              By:  /s/ Sherrill A. Carvalho
                                   SHERRILL A. CARVALHO
                                   Assistant U.S. Attorney

Dated: May 23, 2006                /s/ Joseph Shemaria
                                   JOSEPH SHEMARIA
                                   Attorney for Defendant

**ORDER**

On May 24, 2006, the parties lodged a stipulation to continue the motions hearing and filing of motions. Upon due consideration of the written stipulation of the parties and the record herein, the Court issues the following order:

The parties' stipulation and request to continue the motions hearing until August 7, 2006 at 9:00 a.m. is granted.  Further, the date for filing of the government's response is continued until June 27, 2006, by 4:00 p.m.; and the date for the filing of the defendant's reply is continued until July 10, 2006, by 4:00 p.m.  Further, the delay resulting from the continuance shall be excluded to and through a decision on the motions, pursuant to 18 U.S.C. §§3161(h)(1)(F).

IT IS SO ORDERED.

**Dated:   May 26, 2006**              /s/ Anthony W. Ishii
0m8i78                                 UNITED STATES DISTRICT JUDGE