McGREGOR W. SCOTT
United States Attorney
SHERRILL A. CARVALHO
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   ) CR.F. 04-5141 AWI
                            )
          Plaintiff,        ) ORDER REGARDING PARTIES'
                            ) STIPULATION AND REQUEST FOR
                            ) CONTINUANCE OF MOTIONS HEARING
                            ) AND FILING OF MOTIONS
     v.                     )
                            )
PETER JOHN KRUPA,           )
                            )
                            ) DATE: September 11, 2006
                            ) TIME: 9:00 a.m.
          Defendant.        ) PLACE: Courtroom Three
                            ) HON. Anthony W. Ishii
_____)

On June 22, 2006, the parties lodged a stipulation to continue the motions hearing and filing of motions. Upon due consideration of the written stipulation of the parties and the record herein, the Court issues the following order:

The parties' stipulation and request to continue the motions hearing until September 11, 2006 at 9:00 a.m. is granted. Further, the date for filing of the government's response is continued until August 29, 2006, by 4:00 p.m.; and the date for the filing of the defendant's reply is continued until September 5, 2006, by 4:00 p.m.  Further, the delay resulting from the

///

///

1

1 | continuance shall be excluded to and through a decision on the
2 | motions, pursuant to  18 U.S.C. §§3161(h)(1)(F).

4 | IT IS SO ORDERED.

5 | **Dated:  June 29, 2006**               /s/ Anthony W. Ishii
  | 0m8i78                                  UNITED STATES DISTRICT JUDGE

2