IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.F. 04-5141 AWI |
| | ) | |
| Plaintiff, | ) | ORDER REGARDING PARTIES' |
| | ) | STIPULATION AND REQUEST FOR |
| | ) | CONTINUANCE OF MOTIONS HEARING |
| | ) | AND FILING OF MOTIONS |
| v. | ) | |
| | ) | |
| PETER JOHN KRUPA, | ) | |
| | ) | |
| | ) | DATE: December 4, 2006 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | PLACE: Courtroom Three |
| | ) | HON. Anthony W. Ishii |
| _____ | ) | |

On November 2, 2006, the parties lodged a stipulation to continue the motions hearing and filing of motions. Upon due consideration of the written stipulation of the parties and the record herein, the Court issues the following order:

The parties' stipulation and request to continue the motions hearing until December 4, 2006 at 9:00 a.m. is granted.  Further, the date for filing of the government's response is continued until November 20, 2006, by 4:00 p.m.  Further, the delay resulting from the continuance shall be excluded to and through a decision on the motions, pursuant to  18 U.S.C. §§3161(h)(1)(F).

IT IS SO ORDERED.

**Dated:   November 2, 2006**          /s/ Anthony W. Ishii
0m8i78                         UNITED STATES DISTRICT JUDGE

1