**LAW OFFICES OF JOSEPH SHEMARIA**
**JOSEPH SHEMARIA, Esq., State Bar No. 47311**
**2029 Century Park East, Suite 1400**
**Los Angeles, California 90067**

**Telephone: (310) 772-2211**

**Attorney for Defendant,**
**PETER JOHN KRUPA**

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **CASE NO. CR. CR 04-05141 AWI** |
| ) | |
| **Plaintiff,** ) | ORDER |
| ) | |
| **vs.** ) | |
| ) | |
| **PETER JOHN KRUPA,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

The Court, having read and considered the parties Stipulation Regarding Request for Continuance of the status conference hearing date, and good cause having been shown,

IT IS HEREBY ORDERED that the status conference date in the above-entitled case is continued from February 20, 2007 to April 23, 2007 at 1:30 P.M.

The parties agree that the resulting delay occurring between February 20, 2007 and the date for the status conference hearing, shall continue to be excluded for speedy trial purposes pursuant to

-1-

18 U.S.C. § 3161 (h)(8)(A) and 18 U.S.C. § 3161 (h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   February 9, 2007**              /s/ **Anthony W. Ishii**
0m8i78                                     UNITED STATES DISTRICT JUDGE

-2-