**LAW OFFICES OF JOSEPH SHEMARIA**
**JOSEPH SHEMARIA, Esq., State Bar No. 47311**
**2029 Century Park East, Suite 1400**
**Los Angeles, California 90067**

**Telephone: (310) 772-2211**

**Attorney for Defendant,**
**PETER JOHN KRUPA**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR. CR 04-05141 AWI |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| PETER JOHN KRUPA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court, having read and considered the parties Stipulation Regarding Request for Continuance of the status conference hearing date, and good cause having been shown,

IT IS HEREBY ORDERED that the status conference hearing in the above-entitled case is continued from April 23, 2007 at 9:30 A.M. to June 25, 2007 at 1:30 P.M. Further, pursuant to the STIPULATION, the Court finds that the period of time resulting from this continuance from April 23, 2007 to June 25, 2007 shall be deemed to be for further defense preparation and, hence, excluded for purposes of the

-1-

1
2
provisions as set forth in 18 U.S.C. § 3161(h)(1)(f)l; 18 U.S.C. §
3161(h)(8)(A); and 18 U.S.C. § 3161(h)(8)(B)(iv) governing speedy
trials.

    IT IS SO ORDERED.

    **Dated:   April 21, 2007**      **/s/ Anthony W. Ishii**
                                               UNITED STATES DISTRICT JUDGE

−2−

United States of America v. Peter Krupa
STIP.RE.REQUEST.FOR.CONT.OF.STATUS CONF.;
PROPOSED ORDER
Case No. CR-04-054141 AWI