**LAW OFFICES OF JOSEPH SHEMARIA**
**JOSEPH SHEMARIA, Esq., State Bar No. 47311**
**10100 Santa Monica Boulevard, Suite 800**
**Los Angeles, California 90067**

**Telephone: (310) 772-2211**

**Attorneys for Defendant,**
**PETER KRUPA**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | CASE NO. CR.04-5141 AWI |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE |
| vs. ) | MOTION HEARING AND STATUS |
| ) | CONFERENCE FROM JUNE 25, |
| **PETER KRUPA,** ) | 2007 UNTIL SEPT. 10, 2007 |
| ) | |
| Defendant. ) | |
| ) | |

TO THE HONORABLE ANTHONY W. ISHII, UNITED STATES DISTRICT JUDGE:

    THE PARTIES BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AND REQUEST THE FOLLOWING:

    1. A Motion Hearing and Status Conference is presently set for the above-captioned case for June 25, 2007 at 9:00 A.M.

    2. Defense counsel's forensic computer expert has not yet examined all the computer hard drives seized from Defendant Krupa. It is estimated that Mr. Robi, the forensic

computer expert, will need this amount of time to complete his examination of the 12 to 15 computers relevant to this case.

    3.   Plaintiff and Defendant urge the Court to find the requested time as excludable under Title 18, section 3161(h)(8)(B)(iv)(Local code T-4), et. seq., as necessary for further reasonable time to prepare and to further find that the ends of justice outweigh the best interests of the public and the Defendant in a speedy trial.

    4.  Accordingly, the parties hereby respectfully request the Court to continue the Motion Hearing and Status Conference set for June 25, 2007 at 9:00 A.M. until September 10, 2007 at 9:00 A.M.

                        LAW OFFICES OF JOSEPH SHEMARIA

DATED:  June 21, 2007   By: _/s/_ Joseph Shemaria

                                Joseph Shemaria

                                Attorney for Defendant

                                PETER KRUPA

DATED:  June 21, 2007           /s/  Sherrill Carvalho

                                SHERRILL CARVALHO

                                Assistant United States Attorney

                                Attorney for Plaintiff

                                UNITED STATES OF AMERICA

**O R D E R**

IT IS HEREBY ORDERED that the Motion Hearing and Status Conference set for June 25, 2007 at 9:00 A.M. be continued until September 10, 2007 at 9:00 A.M.

IT IS HEREBY FURTHER ORDERED that time be excluded pursuant to Title 18, section 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

Dated:    **June 22, 2007**                  /s/ **Anthony W. Ishii**
                                                                         UNITED STATES DISTRICT JUDGE