LAW OFFICES OF JOSEPH SHEMARIA

JOSEPH SHEMARIA, Esq., State Bar No. 47311

2029 Century Park East, Suite 1400

Los Angeles, California 90067

Telephone: (310) 772-2211

Attorney for Defendant,
PETER JOHN KRUPA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     vs.<br><br>PETER JOHN KRUPA,<br><br>           Defendant. | ) Case No. CR 04-5141 AWI<br>)<br>) **ORDER CONTINUING STATUS**<br>) **CONFERENCE FROM MARCH 17, 2008 TO**<br>) **APRIL 21, 2008**<br>)<br>)<br>)<br>)<br>) |

−1−

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that the Status Conference in the above-captioned case is hereby continued from March 17, 2008 to April 21, 2008. Further, the Court finds that the time between March 17 and April 21, 2008, should be and hereby is excluded as necessary for further defense preparation under title 18, section 3161 et seq. seq.. The Court further finds that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

**Dated:   March 14, 2008**                     /s/ Anthony W. Ishii

UNITED STATES DISTRICT JUDGE

-2-

United States of America v. Peter John Krupa

[Proposed] ORDER Continuing Status Conf. Hg.;

Case No. CR 04-5141 AWI