LAW OFFICES OF JOSEPH SHEMARIA
JOSEPH SHEMARIA, Esq., State Bar No. 47311
2029 Century Park East, Suite 1400
Los Angeles, California 90067

Telephone: (310) 772-2211

Attorney for Defendant,
PETER JOHN KRUPA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>　　vs.<br><br>PETER JOHN KRUPA,<br>　　　Defendant.<br>_____ | 1:04-CR-5141 AWI<br><br>Order continuing status conference to July 14, 2008 |

GOOD CAUSE APPEARING THEREFOR,

　　IT IS HEREBY ORDERED that the Status Conference set for June 9, 2008 at 9:00 a.m. is hereby continued to July 14, 2008. The Court further orders that the time between June 9, 2008 and July 14, 2008, is necessary and reasonable for further defense preparation. The Court further finds that the ends of justice outweigh the best interests of the public and the Defendant in a speedy trial and orders said time excluded under Title 18, section 3161(h)(8)(B)(iv) (Local code T-4), et. seq.,).

IT IS SO ORDERED.

**Dated:   June 6, 2008**　　　　　　　　　　　　　**/s/ Anthony W. Ishii**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE