LAW OFFICES OF JOSEPH SHEMARIA
JOSEPH SHEMARIA, Esq., State Bar No. 47311
2029 Century Park East, Suite 1400
Los Angeles, California 90067

Telephone: (310) 772-2211

Attorney for Defendant,
PETER JOHN KRUPA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　vs.<br><br><br>**PETER JOHN KRUPA,**<br><br>　　　　**Defendant.**<br>_____ | **CASE NO. CR 04-05141 AWI**<br><br>**ORDER CONTINUING STATUS CONFERENCE FROM JULY 14, 2008 TO SEPTEMBER 22, 2008** |

　　　　The Court, having read and considered the parties' Stipulation Regarding Request for Continuance of the status conference hearing, presently set for July 14, 2008, and good cause having been shown,

IT IS HEREBY ORDERED that the status conference hearing in the above-entitled case is continued from July 14, 2008 at 9:00 A.M. to September 22, 2008 at 9:00 A.M. The Court further finds and hereby orders that the time between July 14, 2008 and September 22, 2008 is needed for further defense preparation and is hereby excluded for speedy trial purposes, as the

best interest of the public and defendant in a speedy trial is outweighed by the ends of justice, pursuant to 18 U.S.C. § 3161 (h)(8)(A) and 18 U.S.C. § 3161 (h)(8)(B).

IT IS SO ORDERED.

**Dated:**   **July 11, 2008**                             **/s/ Anthony W. Ishii**
                                                      CHIEF UNITED STATES DISTRICT JUDGE