LAW OFFICES OF JOSEPH SHEMARIA
JOSEPH SHEMARIA, Esq., State Bar No. 47311
2029 Century Park East, Suite 1400
Los Angeles, California 90067

Telephone: (310) 772-2211

Attorney for Defendant,
PETER JOHN KRUPA


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR. CR 04-05141 AWI |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| PETER JOHN KRUPA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court, having read and considered the parties Stipulation Regarding Request for Continuance of the status conference hearing date, and good cause having been shown,

IT IS HEREBY ORDERED that the status conference hearing in the above-entitled case is continued from **September 22, 2008 at 9:30 A.M. to November 24, 2008 at 9 A.M.** Further, pursuant to the STIPULATION, the Court finds that the period of time resulting from this continuance shall be deemed to be for further defense preparation and, hence, excluded for speedy trial purposes under the provisions of 18 U.S.C. § 3161(h)(1)(f)(l); 18 U.S.C. §

3161(h)(8)(A); and 18 U.S.C. § 3161(h)(8)(B)(iv) governing speedy

trials.

IT IS SO ORDERED.

**Dated:**   **September 19, 2008**            **/s/ Anthony W. Ishii**
                                             CHIEF UNITED STATES DISTRICT JUDGE