LAW OFFICES OF JOSEPH SHEMARIA
JOSEPH SHEMARIA, Esq., State Bar No. 47311
2029 Century Park East, Suite 1400
Los Angeles, California 90067
Telephone: (310) 772-2211

Attorney for Defendant,
PETER JOHN KRUPA

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:04-CR-05141-AWI |
| Plaintiff, ) | |
| ) | ORDER AUTHORIZING ADDITIONAL FUNDING FOR FORENSIC COMPUTER EXPERT ERIC ROBI |
| v. ) | |
| PETER JOHN KRUPA, ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING THEREFOR,

   IT IS HEREBY ORDERED Defendant's EX PARTE APPLICATION FOR ADDITIONAL FUNDING for Eric Robi, a qualified forensic computer expert, previously appointed by this Court (to examine the 10 to 12 computers seized from Defendant in the instant case), is hereby authorized to expend up to an additional 25 hours of time, at his rate of $200 per hour, to re-examine said computers for the new and different issues raised by defense counsel. Further, it is ORDERED that Mr. Robi will be reimbursed for actual reasonable expenses, as authorized, for food and lodging as well as airfare to and from Fresno California from Los Angeles.

IT IS SO ORDERED.

**Dated:   June 12, 2009**           **/s/ Anthony W. Ishii**
                                      CHIEF UNITED STATES DISTRICT JUDGE