```
LAWRENCE G. BROWN
Acting United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:04-cr-05141 AWI |
| Plaintiff, ) | **PROTECTIVE ORDER CONCERNING COMPUTER MEDIA CONTAINING CHILD PORNOGRAPHY** |
| v. ) | |
| PETER KRUPA, ) | Hon. Anthony W. Ishii |
| Defendant. ) | |

ORDER

**THE COURT HEREBY ORDERS:**

1. Federal Bureau of Investigation Special Agent Mardee Robinson shall make a duplicate copy of all hard drives and any attendant storage media for defense analysis as requested by defendant by way of ex parte application on June 11, 2009.

2. The duplicate copies of the hard drives and storage media shall be made available for defense counsel, Joseph Shemaria, Esq., and defendant's proposed expert, Eric Robi, to review at an FBI office to be agreed among Agent Robinson and Mr. Robi for the purpose of preparing for trial regarding the above-

1

entitled action.  The images on the hard drives and storage media shall not be viewed by any other person unless defense counsel is present and the viewing is necessary to prepare for defendant's defense.

3.    Neither Mr. Shemaria nor Mr. Robi shall remove the hard drives or other storage media from the FBI office or copy, duplicate, or transfer any data or files onto any other media of any kind.

4.    Neither Agent Robinson nor any other government agent shall access or review the defense copy of the hard drives while it is within the custody of the FBI office.

5.    When the defense indicates that it is finished with its review of the copy of the hard drives, Agent Robinson will ensure that any hard drives brought to the examination by defense counsel or his expert will promptly be "wiped" clean and returned to defense counsel or defendant's proposed expert.

6.    Any disputes regarding the above or problems implementing this order shall be brought to the attention of the court through representative counsel after first consulting opposing counsel.

IT IS SO ORDERED.

**Dated:   June 18, 2009**              /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE